JS-6

# UNITED STATED DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONELL M. SMITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>C.R. BARD, INC., AND BARD PERIPHERAL VASCULAR, INC.<br><br>　　　　　Defendants. | Case No.: CV 19-7770-MWF (MAAx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE [54]** |

　　　Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on January 28, 2022. The Parties stipulate and agree that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. (*See*, Fed. R. Civ. P. 41(a)(1)(A)(ii)).

　　　**IT IS ORDERED** that the case is hereby **CLOSED**.

　　　SIGNED this 28th day of January, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge